PROB 12B
(7/93)

# United States District Court
## for the
## Eastern District of Kentucky

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald Steven Smith  Case Number 5:04-118-2-KSF

Name of Sentencing Judicial Officer: Senior U.S. District Judge Karl S. Forester

Date of Original Sentence: 3/25/05

Original Offense: Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana

Original Sentence: 24 months imprisonment; 4 years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: 12/15/06

Eastern District of Kentucky
FILED
JUN 27 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

The defendant shall be placed on home detention for a period of 30 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, cordless telephones for the above period.

### CAUSE

On June 21, 2007, the defendant submitted a positive urinalysis for cocaine. Mr. Smith subsequently admitted to the illegal drug use. . He was verbally reprimanded for his illegal drug use and warned of the potential adverse consequences of continued drug use.

Respectfully submitted,

by *[signature]*

U.S. Probation Officer
Date: 6/22/07

Name of Offender: Donald Steven Smith                Case Number 5:04-118-2-KSF

Eastern District of Kentucky

**FILED**

JUN 27 2007

THE COURT ORDERS:

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date  6/26/07